**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-19

---------------------------------------- X

UNITED STATES OF AMERICA                 :
                                         :
     -against-                           :
                                         :
STEVEN JUDE                              :        No. 15 Cr. 355 (JFK)
                                         :
              Defendant.                 :
                                         :
---------------------------------------- X
STEVEN JUDE                              :
                                         :
              Petitioner,                :
                                         :
     -against-                           :
                                         :        No. 17 Civ. 5246 (JFK)
UNITED STATES OF AMERICA                 :
                                         :        **OPINION & ORDER**
              Respondent.                :
                                         :
---------------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On May 10, 2018, Defendant Steven Jude ("Jude") filed a
motion to vacate his conviction pursuant to 28 U.S.C. § 2255.
(No. 15 Cr. 355, ECF No. 58.)  As this motion was filed before
the adjudication of Jude's previous 28 U.S.C. § 2255 motion (No.
15 Cr. 355, ECF No. 52), the Court construes this second motion
as a motion to amend the original § 2255 motion. See Ching v.
United States, 298 F.3d 174, 177 (2d Cir. 2002) ("[I]n general,
when a § 2255 motion is filed before adjudication of an initial
§ 2255 motion is complete, the district court should construe
the second § 2255 motion as a motion to amend the pending § 2255

motion."). The Court hereby ORDERS the Government to respond to this motion to amend no later than May 9, 2019.

**SO ORDERED.**

Dated:      New York, New York
April 18, 2019

John F. Keenan
United States District Judge

Mailed copy of this order to Mr. Jude on 4-18-19.

William Ryan
Deputy Clerk